```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                  Case No. 16-04954-JJT
Charles W. Comly, Jr.                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-4     User: JGoodling     Page 1 of 1     Date Rcvd: Dec 17, 2018
                        Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2018.
5007444         +Citibank N.A. ,Nationstar Mortgage LLC,,     ATTN: Bankruptcy Department ,,    PO Box 619096,,     Dallas TX 75261-9741,    Citibank N.A. ,Nationstar Mortgage LLC, 75261-9096,    ATTN: Bankruptcy Department ,

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2018 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
         Erik Mark Helbing    on behalf of Debtor 1 Charles W. Comly, Jr. Erik_Helbing_Esq@yahoo.com
         James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com
         Jerome B Blank    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For etal pamb@fedphe.com
         Joseph Angelo Dessoye    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For etal pamb@fedphe.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                     TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 4:16-bk-04954-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Charles W. Comly, Jr.
1724 Dix Run Road
Julian PA 16844

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/17/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Citibank N.A. ,Nationstar Mortgage LLC,, ATTN: Bankruptcy Department ,, PO Box 619096,, Dallas TX 75261-9741, Citibank N.A. ,Nationstar Mortgage LLC,, ATTN: Bankruptcy Department , | US Bank Trust National Association as trustee of t P.O. Box 10826 Greenville, SC 29603-0675 US Bank Trust National Association as tr P.O. Box 10826 Greenville, SC 29603-0675 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/19/18

Terrence S. Miller
**CLERK OF THE COURT**