United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Charles W. Comly, Jr.  
    Debtor

Case No. 16-04954-JJT  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0314-4 | User: DGeorge | Page 1 of 1 | Date Rcvd: Feb 01, 2019 |
| | Form ID: trc | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2019.
5141671    +US Bank Trust National Association as trustee of t,   P.O. Box 10826,   Greenville, SC 29603-0675,   US Bank Trust National Association as tr,   P.O. Box 10826,   Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2019 at the address(es) listed below:
      Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
      Erik Mark Helbing   on behalf of Debtor 1 Charles W. Comly, Jr. ehelbing@helbingconsumerlaw.com, qianaramirez@gmail.com
      James Warmbrodt   on behalf of Creditor   U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com
      Jerome B Blank   on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee For etal pamb@fedphe.com
      Joseph Angelo Dessoye   on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee For etal pamb@fedphe.com
      United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                       TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 4:16-bk-04954-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Charles W. Comly, Jr.
1724 Dix Run Road
Julian PA 16844

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/31/2019.

Name and Address of Alleged Transferor(s):

Claim No. 2: US Bank Trust National Association as trustee of t, P.O. Box 10826, Greenville, SC  29603-0675, US Bank Trust National Association as tr, P.O. Box 10826, Greenville, SC  29603-0675

Name and Address of Transferee:

U.S. Bank Trust National Association, as Trustee
of Cabana Series III Trust
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038
U.S. Bank Trust National Association, as

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/03/19

Terrence S. Miller
**CLERK OF THE COURT**