```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
In re:                                                       Case No. 16-04954-RNO
Charles W. Comly, Jr.                                        Chapter 13
      Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-4       User: AutoDocke          Page 1 of 2            Date Rcvd: Jun 17, 2020
                           Form ID: fnldecnd        Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2020.
```
db          +Charles W. Comly, Jr.,   1724 Dix Run Road,   Julian, PA 16844-8912
cr          +Citbank, N.A.,   Robertson Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
              Boca Raton, FL 33487-2853
5007443     +Citibank N.A. ,Nationstar Mortgage LLC,,    ATTN: Bankruptcy Department ,,   PO Box 619096,,
              Dallas TX 75261-9096
5007444     +Citibank N.A. ,Nationstar Mortgage LLC,,    ATTN: Bankruptcy Department ,,   PO Box 619096,,
              Dallas TX 75261-9741,   Citibank N.A. ,Nationstar Mortgage LLC, 75261-9096,
              ATTN: Bankruptcy Department ,
4911909      Deutsche Bank National Trust Company, etal,   Ocwen Loan Servicing, LLC,
              Attn: Bankruptcy Department,   P.O. Box 24605,   West Palm Beach, FL 33416-4605
4862972     +Erik M. Helbing,   1328 Second Ave.,   Berwick, PA 18603-1616
4862974     +Pennsylvania Housing,   211 North Front Street,   Harrisburg, PA 17101-1406
5000248     +Robertson, Anschutz & Schneid, P.L.,   6409 Congress Ave., Suite 100,
              Boca Raton, FL 33487-2853
5157651     +U.S. Bank Trust National Association, as Trustee,   of Cabana Series III Trust,
              c/o BSI Financial Services,   1425 Greenway Drive, Ste 400,   Irving, TX 75038-2480
5157652     +U.S. Bank Trust National Association, as Trustee,   of Cabana Series III Trust,
              c/o BSI Financial Services,   1425 Greenway Drive, Ste 400,   Irving, TX 75038,
              U.S. Bank Trust National Association, as 75038-248
5141670     +US Bank Trust National Association as trustee of t,   P.O. Box 10826,
              Greenville, SC 29603-0826
5141671     +US Bank Trust National Association as trustee of t,   P.O. Box 10826,
              Greenville, SC  29603-0675,   US Bank Trust National Association as tr,   P.O. Box 10826,
              Greenville, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4879100       E-mail/Text: blegal@phfa.org Jun 17 2020 19:26:44    PHFA/HEMAP,   211 NORTH FRONT ST,
              PO BOX 8029,   HARRISBURG, PA 17101
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5164461       US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF C
cr*          +US Bank Trust National Association as trustee of t,   P.O. Box 10826,
              Greenville, SC 29603-0826
4862971*     +Charles W. Comly, Jr.,   1724 Dix Run Road,   Julian, PA 16844-8912
4862973     ##+Ocwen Loan,   P.O. Box 6440,   Carol Stream, IL 60197-6440
                                                                                    TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2020 at the address(es) listed below:
```
              Brian E Caine    on behalf of Creditor    US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA
               SERIES III TRUST bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Erik Mark Helbing    on behalf of Debtor 1 Charles W. Comly, Jr. ehelbing@helbingconsumerlaw.com,
               bk@helbingconsumerlaw.com;bkecf@helbingconsumerlaw.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee NRZ PASS-THROUGH TRUST X bkgroup@kmllawgroup.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Jerome B Blank   on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee For etal pamb@fedphe.com
         Joseph Angelo Dessoye   on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee For etal pamb@fedphe.com
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                 TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Charles W. Comly Jr.,<br>aka Charles William Comly, | Chapter 13 |
| **Debtor 1** | Case No. 4:16–bk–04954–RNO |

Social Security No.:
xxx–xx–8950

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Charles W. Comly Jr.** in accordance with §1328 of the Bankruptcy Code.

Dated: June 17, 2020

By the Court,

*[signature]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ChristinaKovach, Deputy Clerk

**fnldec** (05/18)